Juanita WOLFRUM, Appellant,

v.

HIGH POINT R–III SCHOOL DISTRICT, Respondent.

No. WD 39230.

Missouri Court of Appeals, Western District.

Oct. 6, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1987.

Peggy D. Richardson, Tipton, for appellant.

Ronald R. McMillin, Jefferson City, for respondent.

Before TURNAGE, P.J., and BERREY and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from order granting defendant School District's motion to dismiss in an action to recover damages for injuries sustained while attending a basketball game on defendant School District's property.

Judgment affirmed. Rule 84.16(b).